IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MATTHEW J. BEADERSTADT, ) | |
| ) | NO. 4:13-cv-00442-SMR-CFB |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER FOR CLOSING DOCUMENTS |
| ) | |
| HANSON DIRECTORY SERVICE, INC., ) | |
| and WILLIAM HANSON, individually ) | |
| and in his corporate capacity, ) | |
| ) | |
| Defendants. ) | |

On December 4, 2014, the undersigned judge's chambers was informed that the above matter has been settled. Accordingly, the final pretrial conference set for April 7, 2015, and jury trial set for April 20, 2015, are **cancelled**.

Closing documents shall be filed by **January 5, 2015.** If no closing documents are filed, pursuant to LR 41.c the Court may order dismissal of this action without further notice. Within sixty (60) days of a dismissal order, either party may petition to have the case reinstated after showing good cause as to why settlement was not in fact consummated.

IT IS SO ORDERED.

Dated this 5th day of December, 2014.

_____
STEPHANIE M. ROSE
UNITED STATES DISTRICT JUDGE