IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MATTHEW J. BEADERSTADT,<br><br>　　Plaintiff/Counterclaim Defendant,<br><br>vs.<br><br>HANSON DIRECTORY SERVICE, INC., and WILLIAM HANSON, individually and in his corporate capacity,<br><br>　　Defendants/Counterclaim Plaintiffs. | CASE NO.  4:13-cv-442<br><br><br><br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

COME NOW the parties of this action, by and through their respective undersigned counsel, and stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1) that the above-captioned action is dismissed in its entirety with prejudice, with each party responsible for their own costs and attorneys' fees.

| | |
|---|---|
| /s/ *Thomas W. Foley*　　　　　　　　 | /s/ *Patrick D. Smith*　　　　　　 |
| Thomas W. Foley, AT0002589 | Patrick D. Smith |
| Katie Ervin Carlson, AT0008958 | BRADSHAW, FOWLER, PROCTOR & |
| BABICH GOLDMAN, P.C. | FAIRGRAVE, P.C. |
| 501 S.W. 7th Street, Suite J | 801 Grand Avenue, Suite 3700 |
| Des Moines, Iowa 50309 | Des Moines, IA  50309-8004 |
| Telephone:  515-244-4300 | Phone:  (515) 246-5891 |
| Facsimile:  515-244-2650 | Fax:  (515) 246-5808 |
| tfoley@babichgoldman.com | E- |
| kcarlson@babichgoldman.com | Mail:  smith.patrick@bradshawlaw.com |
| | |
| ATTORNEYS FOR PLAINTIFF | ATTORNEY FOR DEFENDANTS |

1

Original Filed.

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause or to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on December 18, 2014.

By: ____ U.S. Mail ____ FAX
____ Hand Delivered ____ Overnight Courier
__X_ EM/ECF ____ E-mail

Signature:_____*/s/ Shelly Evans*_____